UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAN J. DURANT,<br><br>        Petitioner,<br><br>    v.<br><br>W.L. MONTGOMERY,<br><br>        Respondent. | Case No. 2:17-cv-06803-VBF-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition") and all of the records herein, including the July 7, 2020 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a de novo determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

///

1     IT IS HEREBY ORDERED that the Petition is denied, that this action is
2 dismissed with prejudice and that Judgment be entered accordingly.
3     IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
4 the Judgment herein on petitioner and on respondent's counsel.
5     IT IS SO ORDERED.

7 DATED:  September 18, 2020

    */s/ Valerie Baker Fairbank*
    _____
    HONORABLE VALERIE BAKER FAIRBANK
    SENIOR UNITED STATES DISTRICT JUDGE