JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAN J. DURANT, | ) Case No. 2:17-cv-06803-VBF-JC |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| W.L. MONTGOMERY, | ) |
| Respondent. | ) |

Final judgment is hereby entered in favor of the respondent and against petitioner Arman J. Durant.  IT IS SO ADJUDGED.

Dated:  September 18, 2020

*Valerie Baker Fairbank*
_____
HONORABLE VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE